[No. 74207-8-I.   Division One.   October 3, 2016.]

*In the Matter of the Marriage of* CAROLE HOFFMAN, *Appellant*, and ALAN LOWELL HOFFMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-02400-0, Carol A. Schapira, J., entered October 9, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Leach and Mann, JJ.

[No. 74232-9-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN LEE SMALLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02482-9, Veronica Alicea Galván, J., entered October 23, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Mann, JJ.

[Nos. 74641-3-I; 74642-1-I.   Division One.   October 3, 2016.]

*In the Matter of the Dependency of* E.A.S. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CHRISTIANA OSTRANDER, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 15-7-00501-1, Marybeth Dingledy, J., entered January 8, 2016. *Affirmed* by unpublished opinion per Mann, J., concurred in by Appelwick and Dwyer, JJ.